Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 07 2015

Abel Acosta, Clerk

November 30, 2015

RE: C-297-010023-0566349-C
WR-46,687-03

Dear Mr. Acosta,

Within your file of record, you are in possession of (4) Mug-Shots taken of me by the Arlington, Texas Police Department and the Fort Worth County Jail. These (4) Mug-Shots were attached to my 11.07 Writ of habeas Corpus, filed by you under WR-46,687003.

Please see my Public Information Act Request.

Thank You.

Sincerely,
Tracey W. Parker
TRACEY W. PARKER

file: Carbon Copied

# The Public Information Act
## Tex. Gov. Code Chapter § 552

Texas Government Code, Chapter 552 gives me, <u>TRACEY WAYNE PARKER</u>, the right to access government records, and ~~an~~ officer for public information and the officer's agent may not ask why I want them. All government information is presumed to be available to the public. Certain exception may apply to the disclosure of the information. Governmental bodies shall promptly release requested information that is not confidential by law, either constitutional, statutory, or by judicial decision, or information for which an exception to disclose has not been sought.

<u>Information To be released:</u>

(4) Mug-Shots

\* I ask you to determine whether providing the information primarily benefits the general public, resulting in the waiver or reduction of charges? _____ yes _____ no

Please deliver to me the Mug-Shots within (10) working days.

<u>Tracey W. Parker</u>
TRACEY W. PARKER